UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )
                                   )
v.                                 )          No. 4:10CR679 HEA
                                   )
MICHAEL L. PETERS,                 )
                                   )
              Defendant.           )

## ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing set in this matter for Thursday,

July 14, 2011, at 12:45 p.m. is reset to 11:15 a.m. in the courtroom of the undersigned.

Dated this 8th day of July, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE